IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REESHMA HAMILTON,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **NORRISTOWN STATE HOSPITAL,**  Defendant. | **NO. 23-4068** |

## ORDER

**AND NOW**, this 31st day of July, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 13), and all Responses and Replies thereto (ECF Nos. 19, 20, 22), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**